UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 26-12378 FMO (AYPx)** | Date | **November 25, 2026** |
| Title | **Women in Hollywood, LLC v. Good Deed Entertainment, LLC** | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |

| | | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorney Present for Petitioner: | Attorney Present for Respondent: |
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Re: Subject Matter Jurisdiction**

On October 22, 2026, Women in Hollywood, LLC ("petitioner") filed a Petition to Confirm Arbitration Award (Dkt. 1, "Petition"), seeking confirmation of an arbitration award issued in its favor on August 24, 2026, and against Good Deed Entertainment, LLC ("respondent"). (See id. at Prayer for Relief). It appears that the allegations in the Petition are insufficient to establish subject matter jurisdiction. Accordingly, IT IS ORDERED THAT no later than **December 2, 2026**, petitioner shall file a First Amended Petition demonstrating the court's subject matter jurisdiction. The Order to Show Cause will stand submitted upon the filing of a First Amended Petition that addresses the issues raised in this Order on or before the date indicated above. Failure to respond to this order to show cause by the deadline set forth above shall be deemed as consent to dismissal of the action without prejudice for lack of subject matter jurisdiction.

00 : 00

Initials of Preparer vdr